FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 09, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JESSICA M. G.,<br><br>                Plaintiff,<br><br>   v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>                Defendant. | NO: 2:20-CV-96-RMP<br><br>ORDER GRANTING STIPULATED MOTION TO REMAND |

Based on the stipulation of the parties, it is hereby ORDERED that the parties' Stipulated Motion to Remand, **ECF No. 19**, is **GRANTED**, and the above-captioned case is reversed and remanded, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.  As this case was previously remanded to the same Administrative Law Judge (ALJ), the Social Security Appeals Council will direct that, upon remand, this case be assigned to a different ALJ.  The Appeals Council will instruct the ALJ to:

ORDER GRANTING STIPULATED MOTION TO REMAND ~ 1

- Order an updated consultative examination to determine the limitations resulting from Plaintiff's panic disorder;

- Continue the sequential evaluation, as necessary;

- Give Plaintiff an opportunity for a hearing and issue a new decision. Upon proper presentation, this Court will consider Plaintiff's application for costs and attorney's fees under 28 U.S.C. § 2412(d).

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order, enter judgment for remand, and provide copies to counsel.

**DATED** December 9, 2020.

                    *s/ Rosanna Malouf Peterson*
                  ROSANNA MALOUF PETERSON
                    United States District Judge